# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARTIN McCALIPP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NEIL McDOWELL,<br><br>　　　　　Respondent. | CASE NO. 5:16-cv-00828-BRO (SK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

　　　IT IS SO ORDERED.

DATED: August 9, 2017

By: _____
　　　Honorable Beverly R. O'Connell
　　　United States District Court Judge